No. 416. EL PUEBLO v. BURGOS.—Apelación procedente de la Corte de Distrito de San Juan, Sección 2ª. Moción inter-

poniendo recurso de apelación para la Corte Suprema de los Estados Unidos. Resuelto en marzo 5, 1912. Denegada la apelación. Abogado del peticionario: *Sr. Manuel F. Rossy.* Abogado de El Pueblo: *Sr. Charles E. Foote, Fiscal.*